# EXHIBIT 1

IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BRON RATHERT**, on behalf of himself individually, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**DR. DETAIL, LLC**, a Texas Limited Liability Company; **HAROLD STARNES (also known as David Starnes)**, in his individual and corporate capacity; and DOES 1 – 100,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No.**: _____<br><br><br><br><br><br><br><br><br><br><br><br><br><br>JURY DEMANDED |

# CONSENT TO JOIN COLLECTIVE ACTION
**Fair Labor Standards Act of 1938**
**29 U.S.C. § 216(b)**

1. I am over the age of eighteen (18) years old and am competent to give my consent in the above-identified matter.

2. I, BRON RATHERT, consent and agree to pursue my claims of unpaid wages and/or unpaid overtime compensation through the lawsuit filed against my prior employers, DR. DETAIL, LLC and HAROLD STARNES.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act (also known as the "FLSA") to recover unpaid wages, unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and all other relief that is proper and just. I hereby consent, agree, and opt-in to become a plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

4. I intend to pursue my claim individually, unless and until the Court certifies this case as a collective or class action. I agree to serve as the Representative Plaintiff if the Court approves. If someone else serves as the Representative Plaintiff, I consent to having the Representative Plaintiff in the complaint make all decisions regarding the litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an

2

agreement with counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

5. In the event this case is certified and then decertified, I authorize Plaintiffs' counsel to use this Consent Form to re-file my claims in a separate or related action against my prior employers.

11/04/20

DATE

BRON RATHERT