United States District Court
Southern District of Texas
**ENTERED**
November 19, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Bron Rathert, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-3779 |
| | § | |
| Dr. Detail, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## Extension Order

By January 22, 2021, Dr. Detail, LLC, and Harold Starnes must respond to the complaint. (8)

Signed on November 19, 2020, at Houston, Texas.

---

Lynn N. Hughes
United States District Judge